UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSÉ BARRERA | Case Number: 10-2496 |
| Plaintiff, | |
| vs. | |
| WELTMAN, WEINBERG & REIS CO., L.P.A. | |
| Defendant | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, JOSE BARRERA, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, WELTMAN, WEINBERG & REIS CO., L.P.A. prejudice.

BY: /s/ Brent F. Vullings
   Brent F. Vullings, Esquire
   Attorney for Plaintiff
   Attorney I.D. #92344
   Warren & Vullings, LLP
   1603 Rhawn Street
   Philadelphia, PA  19111
   215-745-9800